1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SVETLANA VAN TASSEL                     Case No. 2:25-cv-3083-TLN-JDP (PS)

12                    Plaintiff,

13          v.                                ORDER

14   CITY OF SACRAMENTO, *et al.*,

15                    Defendants.

16

17

18          Plaintiff, who is proceeding without counsel, filed a motion for a thirty-day extension of

19   time to file an opposition to defendants' motion to dismiss, which is set for hearing on December

20   11, 2025.  ECF No. 6; *see* ECF No. 5.  Defendants oppose plaintiff's motion.  ECF No. 7.  Good

21   cause appearing, plaintiff's motion is granting in part, and she shall file an opposition or

22   statement of non-opposition to defendants' motion by December 11, 2025.

23          Plaintiff has also asked for permission to file documents electronically.[1]  ECF No. 6.

24   Generally, "any person appearing pro se may not utilize electronic filing except with permission

25   of the assigned Judge or Magistrate Judge."  E.D. Cal. L.R. 133(b)(2).  "Requests to use paper or

26   ────────────────────

27          [1] Plaintiff also moves for permission to appear remotely at all hearings.  The hearing on
     defendants' motion to dismiss will be conducted via Zoom.  If any future hearings are scheduled
     to be in person, plaintiff may renew her request to appear remotely.  Accordingly, the motion is
28   denied without prejudice as to plaintiff's request to appear remotely,

                                                1

electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." E.D. Cal. L.R. 133(b)(3). Plaintiff's does it demonstrate good cause for a departure from the normal filing procedure for unrepresented litigants.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion, ECF No. 6, is DENIED as to her request to file documents electronically.

2. Plaintiff's motion, ECF No. 6, is DENIED without prejudice as to her request to appear remotely at hearings.

3. Plaintiff's motion, ECF No. 6 is GRANTED in part as to her request for an extension of time to respond to defendants' motion to dismiss.

4. Plaintiff shall file an opposition or statement of non-opposition to defendants' motion by no later than December 11, 2025.

5. Defendants may file a reply to plaintiff's opposition, if any, by December 23, 2025.

6. The December 11, 2025 hearing on defendants' motion to dismiss, ECF No. 5 is continued to January 8, 2026, at 10:00 a.m.

7. Failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with local rules.

IT IS SO ORDERED.

Dated:    November 18, 2025                           _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE