UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SVETLANA VAN TASSEL,

Plaintiff,

v.

COUNTY OF SACRAMENTO, et al.,

Defendants.

Case No. 2:25-cv-3083-TLN-JDP

**ORDER**

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On September 2, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 23.) No objections were filed.

Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed September 2, 2026 (ECF No. 23) are ADOPTED;

2. Defendants' motion to dismiss (ECF No. 22) is GRANTED; and

3. The case is REMANDED to the Sacramento County Superior Court.

IT IS SO ORDERED.

DATE: November 23, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE